**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

ERICA FAYE YATES — Case No. 17-20698-dls-13

*Debtor*.

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Debtor, by and through counsel, David A. Reed, Esq., and gives notice of her intent pursuant to Bankruptcy Rule 9013 to dismiss his voluntary proceeding *without* prejudice, for the following reason(s):

1. Although her counseling was started before filing, Debtor's pre-bankruptcy counseling certificate apparently wasn't completed until about thirty-seven minutes (7:13 p.m. CDT) after her petition was filed at 6:36 p.m. on April 25, 2017, raising a question of her eligibility to be a debtor in this case under § 109(h)(1).

2. In an abundance of caution, Debtor hereby dismisses this petition without prejudice, so that a subsequent petition may be filed with the question of § 109(h)(1) eligibility.

**WHEREFORE** Debtor prays that this petition be dismissed *without* prejudice forthwith.

_/s/ David A. Reed__________
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, and addressed to the following on this 26th day of April, 2017: William H. Griffin, Trustee, Debtor, and all creditors per the mailing matrix.

__/s/ David A. Reed_________
David A. Reed #14581 KS